11cv10920-WGY

# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

United States District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.
2012 FEB 15 P 12:39
FILED
IN CLERKS OFFICE

RE: No. SJC-11145

**MELISSA TYLER**
vs.
**MICHAELS STORES, INC.**

Lower court information:

    Lower Court:
    Docket No(s):

Route to SJC:    Direct Entry: Certified Question

## NOTICE OF ENTRY

Pursuant to Mass.R.A.P. 10(a)(3), you are hereby notified that, on February 10, 2012, the above-referenced case was entered on the docket of this court.

Susan Mellen, Clerk

Dated: February 10, 2012