# EXHIBIT 2

# Denlea & Carton LLP

One North Broadway
Suite 509
White Plains, NY 10601
Tel 914.920.7400
Fax 914.761.1900
www.denleacarton.com

## INTRODUCTION

Denlea and Carton LLP was formed in December 2012, by a group of seven attorneys with over a century of combined experience between them. Although newly-formed, the attorneys at Denlea & Carton have substantial litigation experience in complex consumer fraud and class action cases. We have successfully prosecuted a myriad of class action cases throughout the country. In addition to our class action practice, we also represent clients in trial and appellate courts and arbitral forums in a variety of complex commercial matters.

The firm's attorneys have been on the cutting edge of consumer fraud and class action practice throughout the country. Jeffrey Carton argued before the Massachusetts Supreme Judicial Court in the landmark case of Tyler v. Michaels Stores, Inc., which held that the collection of zip codes in connection with credit card purchases violates Massachusetts General Laws ch. 93, §105 prohibiting the collection of personal identification information in connection with commercial transactions. Jeff also successfully argued before the New Jersey Supreme Court the leading consumer fraud case in New Jersey, Lee v. Basic Research, et. al., which resulted in the unanimous 9-0 opinion reversing two lower courts' decisions denying class certification in a consumer fraud class action. Jeff has successfully prosecuted consumer fraud class actions against, among others, Costco, Sam's Club, The Gap, Empire Blue Cross, Shell, Bayer and Ticketmaster, recovering tens of millions of dollars for consumers.

Similarly, Peter Freiberg spearheaded an extremely complex class action in a New York federal district court in which he represented commercial lobstermen from New York and Connecticut whose livelihoods were decimated by a massive die-off of lobsters caused by pesticides, which resulted in a very favorable settlement for the class. Robert Berg has been lead counsel or co-lead counsel in numerous securities and consumer fraud cases that have recovered hundreds of millions of dollars for aggrieved investors and consumers, and was trial counsel in one of the rare class action cases to go to trial.

Our attorneys graduated from some of the best colleges and law schools in the country, including Columbia University, Dartmouth College, Amherst College, University of Pennsylvania, University of Chicago, and Tulane University. We have also trained at some of the finest law offices in the country, including Cravath, Swaine & Moore, DLA Piper, Thacher Proffit & Wood, Proskauer, Skadden Arps, Bernstein Liebhard, and the offices of the Manhattan and Westchester County District Attorneys.

Our attorneys are ranked at the top of their profession, and have been recognized by Super Lawyers, US News & World Reports' "Best Lawyers", Martindale-Hubbell, the Million Dollar Advocates Forum, the American Bar Foundation, and Litigation Counsel of America as amongst the most experienced and well-qualified attorneys in the country.

## REPRESENTATIVE CLASS ACTION CASES

Denlea & Carton's attorneys have been certified as class counsel and/or have successfully prosecuted numerous class actions including:

*Llanos v. Shell Oil Company And Shell Oil Products US*, No. SU-2006-009404 (N.Y. Sup. Ct.). State-wide class action alleging that Shell improperly imposed monthly inactivity or dormancy fees on Shell Gift Cards in violation of New York Gen. Bus. L. § 349 and Shell's contracts with its customers. The court certified the class and approved a settlement on March 31, 2010.

*Argento v. Wal-Mart Stores*, No. 22850/06 (N.Y. Sup. Ct.). On October 2, 2009, the New York Appellate Division granted plaintiff's motion for certification of a statewide class of consumers alleging that Sam's Club violated state consumer protection laws and its membership contracts by backdating membership renewals. The court subsequently approved a settlement in June, 2012.

*Dupler v. Costco Wholesale Corporation*, Civ. No. 06-3141 (E.D.N.Y.). Class action alleging that Costco backdated membership renewals purchased after the prior membership period's expiration date, in violation of state consumer protection laws and Costco's membership contracts. Class certification was granted on January 31, 2008 and a nationwide class settlement was approved on April 20, 2010.

*In re Ticketmaster Sales Practices Litigation*, No. 09-0912 (C.D. Cal.). Court appointed counsel interim co-lead counsel pursuant to Federal Rule of Civil Procedure 23(g) on July 17, 2009. On February 13, 2012, the court granted final approval for a settlement.

*In re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, No. 09-2023 (E.D.N.Y.). On June 8, 2009, the court appointed Jeffrey I. Carton to Plaintiff's Executive Committee in this Multidistrict Litigation in which plaintiffs allege that Bayer Healthcare LLC violated state consumer protection and warranty laws in connection with the deceptive marketing and sales of Bayer combination aspirin products.

*Luks v. Empire Blue Cross/Blue Shield*, Index No. 03/64337 (N.Y. Sup. Ct. N.Y. Cty.). Statewide class action brought on behalf of more than 1,000 surgeons that compelled insurer to revoke its policy, commonly referred to as the "single incision" policy, of refusing to cover certain medically appropriate surgical procedures. The action was resolved on a class-wide basis, providing millions of dollars in reimbursement to New York physicians.

*Breedlove v. Window Rock Ent., Inc.*, 04-00610 (Cal. Super. Ct. Orange Cty.). Consumer class action challenging false and deceptive advertising for the popular diet supplement CortiSlim. The case was resolved on a nationwide class basis.

*Costa v. Kerzner International*, 11-60663 (S.D.Fla.). Class action challenging Atlantis' Resorts practice of collecting a mandatory housekeeping gratuity. A final class settlement was approved.

*Fox v. Cheminova, Inc.*, 00-5145 (E.D.N.Y.). Class action brought against pesticide manufacturers on behalf of commercial lobstermen on Long Island Sound, alleging destruction of lobster stock. The court certified the class and approved a settlement.

*Aggarwal v. Magicjack LP*, No. 50 2011 CA 009521 (Fla. Cir. Ct. Palm Beach Cty.). Class action alleging consumers' renewal dates for computer based telephone services were unlawfully backdated. Final approval of a nationwide class action settlement was granted on July 23, 2012.

*Held v. AAA Southern New England*, 3:11-cv-105-SRU (D. CT.). Class action alleging that the AAA did not adequately disclose its policy of using a member's prior expiration date as the commencement date for renewal memberships. On August 6, 2013, the court provided its final approval of a settlement.

# ATTORNEYS

## JEFFREY I. CARTON

**Education:**
Dartmouth College, B.A. 1988 *cum laude*
Columbia Law School, J.D., 1991

**Bar Admissions:**
New York State
Connecticut State
United States District Courts for the Southern, Eastern and Northern Districts of New York and the District of Connecticut
United States Courts of Appeals for the Second, Third, Fifth and Ninth Circuits
United States Supreme Court

**Honors and Achievements:**
Top 25 Super Lawyers in Westchester County, New York 2007-present
U.S News and World Reports Best Lawyers in America, Commercial Litigation 2013
Elite Lawyers of America
Multimillion Dollar Advocates Forum
Fellow, American Bar Foundation
Fellow, Litigation Counsel of America

For the past six years, Jeff has been recognized annually by his peers as one of the Top 25 New York "Super Lawyers" in Westchester County and has recently been chosen as one of US News & World Report's "Best Lawyers in America" in the area of commercial litigation. He has also been selected as a lifetime member of "Elite Lawyers in America," "The Multi-Million Dollar Advocates Forum," and "Top Trial Lawyers in America," and inducted as a Fellow into both the prestigious Litigation Counsel of America and the venerable American Bar Association Foundation.

Jeff's versatility in the Courtroom and dexterity with a wide array of subject matters has led to his handling of many high profile, difficult cases. Among other matters, Jeff successfully led the defense in federal court of a boat-builder wrongfully implicated in the "Ethan Allen" tragedy on Lake George in which twenty persons perished, winning summary judgment on the client's behalf; argued before the New Jersey Supreme Court the landmark consumer fraud class action, Lee v. Basic Research, which resulted in a unanimous, 9-0 opinion overturning the lower courts' decisions denying class certification; and successfully prosecuted the highly publicized "Borgata Babes" employment discrimination action against the Borgata Casino in Atlantic City. Jeff's reputation for excellent results and dogged preparation, make him a formidable adversary.

Jeff has also successfully tried to verdict a diverse number of matters, including securing a defense verdict for Madison Square Garden and Amtrak in a federal jury trial in the Eastern District of New York; winning a multi-million dollar jury award in a state court breach of contract action in White Plains; prevailing in a nine month real estate fraud arbitration in New York City in which he recovered a multi-million dollar judgment; and obtaining a $4.5 million jury verdict in Columbia County against Rensselaer Polytechnic Institute (RPI).

Jeff's experience in the sports, media and entertainment industries has also allowed for his successful handling of a variety of matters including claims of copyright infringement, trademark infringement, breach of television Executive Production Agreements, royalty disputes, and artist-management conflicts. Jeff has advised television broadcast journalists, senior media executives and executive producers on a wide range of issues concerning non-competes, first amendment rights, and compensation and severance disputes.

Jeff led the successful prosecution of the wrongful death action of Baltimore Orioles' pitcher Steve Bechler, helped extricate former light heavyweight World Champion boxer Reggie Johnson from an onerous promoter's contract, and counseled the Estate of Tito Puente, the Latin Salsa King, in a misappropriation of name and likeness litigation. Jeff also spearheaded the successful prosecution of the United States Tennis Association's (USTA) multimillion dollar breach of contract action against a sponsor of the US Open, and successfully defended Heineken in a breach of contract action arising from a marketing services agreement. Jeff regularly counsels media and entertainment clients in contract negotiations, severance disputes, and intellectual property matters.

Jeff is a *cum laude* graduate of Dartmouth College, a graduate of Columbia Law School and began his career as a litigator at Cravath Swaine & Moore.

## PETER N. FREIBERG

**Education:**
University of Pennsylvania, B.A. 1986
Tulane University School of Law, J.D. 1989 *cum laude*

**Bar Admissions:**
New York State
Louisiana State
Connecticut State
United States District Courts for the Southern District of New York, the District of Connecticut, and the Eastern, Middle and Western Districts of Louisiana
United States Courts of Appeals for the Second, Third, Fifth, Sixth and Eleventh Circuits.

**Honors and Achievements:**
Adjunct Professor of Trial Advocacy, Tulane University School of Law
Frequent Speaker at Continuing Legal Education Seminars sponsored by
the National Business Institute
Co-Chair of Inspector General Task Force for the City of New Orleans
Martindale-Hubbell A-V Rated
Super Lawyers

Peter graduated from the University of Pennsylvania and received his law degree from Tulane University School of Law, *cum laude*. After graduating from law school, Peter served as an Assistant District Attorney with the Manhattan District Attorneys' Office, where he learned the fundamentals of trial practice. While serving as a prosecutor, he tried approximately 40 cases to verdict, most of them jury trials, and handled countless grand jury presentations and pre-trial hearings. Since leaving the District Attorneys' office, Peter has actively litigated a wide variety of cases on behalf of a diverse group of clients, representing both plaintiffs and defendants. He regularly appears in state and federal trial and appellate courts, and is rated by his peers through Martindale-Hubbell as A-V Preeminent, which is the best peer ranking available for attorneys signifying the highest level of professional and ethical excellence.

Peter's diverse experiences as an attorney have entailed a wide range of cases. Over his career, he has prosecuted and defended large mass tort, toxic tort and class action lawsuits; successfully litigated high-end personal injury cases; handled a variety of admiralty and maritime tort and commercial matters; litigated environmental damage claims, including insurance coverage aspects of environmental damages; successfully prosecuted employment discrimination cases; and prosecuted and defended general commercial and securities matters, including shareholder and partnership disputes, corporate dissolutions and fraud cases.

Peter's more notable cases include:

Representing a group of commercial fishermen in a class action that resulted in a substantial settlement against pesticide manufacturers;

Successfully litigating property damage cases against large multi-national oil companies, resulting in settlements which provided for monetary compensation to his clients and the clean-up of contaminated properties;

Defending petrochemical companies and railroad companies against sprawling class action and mass tort cases, including at trial;

Litigating complicated environmental insurance coverage case involving large corporate insureds;

Representing insureds in efforts to obtain coverage under different types of insurance policies;

Representing parties in two separate inter-family corporate disputes, both of which were decided by juries in his clients' favor;

Securing a favorable jury verdict in a federal employment discrimination case.

In addition, Peter often handles real estate and general commercia matters. He conducts real estate closings, prepares commercial leases, drafts shareholder and limited liability company operating agreements, and handles the various commercial needs of his clients. Peter also handles many physicians' commercial needs.

Peter served as an Adjunct Professor of Trial Advocacy at Tulane Law School for ten years, where he taught trial practice to third year law students. He has served as a frequent speaker at continuing legal education seminars, and also co-chaired a task force that advised an incoming Mayor of the City of New Orleans on how to implement an Inspector General department into city government.

## ROBERT J. BERG

**Education:**
Amherst College, B.A. 1979 *cum laude*
University of Chicago Law School, J.D. 1983
University of Chicago Booth School of Business, M.B.A. 1983

**Bar Admissions**
New York State
New Jersey State
United States District Courts for the Southern, Northern and Eastern Districts of New York
United States District Court, New Jersey
United States Court of Appeals for the Second, Third, Fourth, D.C. and Federal Circuits

Bob is an experienced class action lawyer, who has achieved hundreds of millions of dollars in recoveries for aggrieved consumers and investors over the past twenty years. Bob litigates class actions in the federal and state courts nationwide, where he represents plaintiffs in consumer fraud, securities, and antitrust class actions.

In 2009, Bob was a trial counsel for plaintiffs, the Auto Body Association of Connecticut and several Connecticut independent auto body shops, against a leading auto insurer. Following a rare two-month long jury trial of a class action, the jury returned a verdict awarding plaintiffs compensatory damages of $14.85 million. The jury found that the insurer had violated Connecticut's Unfair Trade Practices Act by illegally suppressing the labor rates paid to the auto body shops in the State of Connecticut. The judge in the case subsequently awarded $20 million in punitive damages and injunctive relief. The case is presently on appeal to the Connecticut Supreme Court.

Bob has served as sole lead or co-lead counsel for plaintiffs on many landmark securities and consumer class action cases. In a nationwide class action against AT&T alleging consumer fraud in connection with the sale of a top-selling business telephone system, Bob achieved the then-largest settlement of a consumer class action in New Jersey history – a settlement which the court valued at over $90 million. Bob has obtained innovative settlements in consumer class actions against Volvo (valued at over $30 million) and Saab ($4.75 million) where the low-profile tires on certain automobile models blew out prematurely, causing tire and rim damage.

While a partner at another leading plaintiffs' class action firm, Bob was co-lead counsel in a securities fraud class action against Deutsche Telekom AG, where he obtained a settlement of $120 million for certain purchasers of Deutsche Telekom stock on the U.S. stock exchanges. Bob also was a co-lead counsel for selling shareholders of Bankers Trust in a securities fraud class action against Deutsche Bank which settled for $58 million just days before trial. In the largest and most complex consolidated securities fraud class action ever litigated – the Initial Public Offerings Securities Litigation, consisting of 309 separate class actions – Bob was a member of Plaintiffs' Executive Committee and a court-appointed Liaison Counsel. That action settled for $586 million in cash. Bob was also co-trial counsel for plaintiff in a significant age and sex discrimination and wrongful discharge arbitration proceeding against a major investment bank, reaching a settlement after three days of trial.

Prior to joining the firm, Bob maintained his own firm for two years, specializing in prosecuting unfair trade practice class actions. He had been a partner for many years at a major plaintiffs' class action firm in New York City. Earlier in his career, Bob was a litigator with two leading corporate law firms, Skadden Arps, LLP and Dewey LeBoeuf, LLP.

Bob is the Vice President, and Executive Board Member of the Scarsdale Forum and a Director and former President of the Crane-Berkeley Neighborhood Association. Bob sits on the Town of Scarsdale Board of Assessment Review. Bob is a U.S. Coast Guard licensed captain, a certified scuba diver, and is a former International Game Fishing Association world record holder.