UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE MICHAELS STORES, INC. ZIP CODE LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

Civil Action No. 1:11-10920-WGY
(Consolidated with Civil Action No. 13-1-608-WGY)

**UNCONTESTED MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs, Melissa Tyler ("Plaintiff Tyler") and Dr. Susan D'Esposito ("Plaintiff D'Esposito") (collectively "Plaintiffs"), on behalf of the Class and through their attorneys, Meiselman, Packman, Nealon, Scialabba & Baker P.C. and Denlea & Carton LLP, hereby move for an Order (1) certifying the Settlement Class; (2) granting final approval of the proposed Settlement; (3) authorizing the payment of incentive awards to the named Plaintiffs; and (4) awarding Class Counsel attorneys' fees and costs.

Defendant consents to this Motion.

The grounds for this Motion are set forth in the accompanying Memoranda of Law, Declarations, and Exhibits thereto.

Dated: White Plains, New York
May 13, 2014

Respectfully submitted,

**MEISELMAN, PACKMAN, NEALON, SCIALLABA & BAKER P.C.**
D. Greg Blankinship (BBO 655430)
Todd S. Garber (admitted *pro hac vice*)
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 517-5000
gblankinship@mpnsb.com

DENLEA & CARTON LLP
By: /s/ Jeffrey I. Carton
Jeffrey I. Carton (admitted *pro hac vice*)
Robert J. Berg (admitted *pro hac vice*)
One North Broadway, Suite 509
White Plains, New York 10601
Tel: (914) 920-7400
jcarton@denleacarton.com
rberg@denleacarton.com

### LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify that counsel for Plaintiffs has conferred with Defendant's counsel in a good faith attempt to resolve or narrow the issues concerning this motion before its filing.

/s/ Jeffrey I. Carton

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants.

/s/ Jeffrey I. Carton